JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: February 23, 2010

Check No. 2001676

Check Amount: $2,877.63

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-44632-R | 00015 | ROBERT & JENIFER BERGSTROM | 9 | XXXXX4799 | 127.27 | 0.00 | 127.27 |
| | | Original check written to: DISH NETWORK P. O. BOX 6633 ENGLEWOOD, CO 80112 | | | | | |
| 04-45484-R | 00026 | TROY E. & HELEN J. MASK | 11 | XXXXX60-5 | 16.96 | 0.00 | 16.96 |
| | | Original check written to: SHERMAN FINANCE CO. 309 NORTH CROCKETT SHERMAN, TX 75090 | | | | | |
| 04-45693-R | 00000 | MANUEL ORTIZ, JR. | 0 | XXXXX4214 | 4.54 | 0.00 | 4.54 |
| | | Original check written to: MANUEL ORTIZ, JR. 517 WILLOW OAK ALLEN, TX 75002 | | | | | |
| 08-41664-R | 00000 | TERESA C. WILEY | | XXXXX8852 | 15.08 | 0.00 | 15.08 |
| | | Original check written to: TERESA C. WILEY 1811 LORRAINE AVENUE ALLEN, TX 75002 | | | | | |
| 08-41961-R | 00006 | ELIZABETH JANE COCKRAM | 7 | XXXXX7530 | 0.00 | 1.07 | 1.07 |
| | | Original check written to: E-TRADE P. O. BOX 747054 PITTSBURGH, PA 15274 | | | | | |
| 09-40653-R | 00000 | MARK ALAN HOPKINS | | XXXXX7290 | 550.00 | 0.00 | 550.00 |
| | | Original check written to: MARK ALAN HOPKINS 7301 HOLLINGSWORTH DRIVE PLANO, TX 75025 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: February 23, 2010

Check No. 2001676

Check Amount: $2,877.63

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 09-40816-R | 00000 | BARRY M. & ANGELA K. HEATH | 0 | XXXXX4638 | 416.36 | 0.00 | 416.36 |
| | | | | XXXXX1537 | | | |
| | | Original check written to: <br> BARRY M. HEATH <br> 2400 WILDWOOD LANE <br> DENTON, TX 76210 | | | | | |
| 09-41041-R | 00000 | KAREN D. BONNER | 0 | XXXXX2494 | 664.00 | 0.00 | 664.00 |
| | | Original check written to: <br> KAREN D. BONNER <br> 18240 MIDWAY ROAD <br> UNIT 1403 <br> DALLAS, TX 75287 | | | | | |
| 09-41083-R | 00000 | JAMES PATRICK BROWN & JENNIFER GRAHAM | 0 | XXXXX9658 | 1,000.00 | 0.00 | 1,000.00 |
| | | | | XXXXX7169 | | | |
| | | Original check written to: <br> JAMES PATRICK BROWN <br> 202 OAK KNOLL CIRCLE <br> #251A <br> LEWISVILLE, TX 75067 | | | | | |
| 09-41908-R | 00000 | HOWARD KEITH LITTLE | 0 | XXXXX4040 | 82.35 | 0.00 | 82.35 |
| | | Original check written to: <br> HOWARD KEITH LITTLE <br> 1635 PALISADES DRIVE <br> CARROLLTON, TX 75007 | | | | | |
| | | | **TOTALS** | | **$2,876.56** | **$1.07** | **$2,877.63** |